IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| AS SABUR MALIK-KHAN | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| FAFSA | : | NO. 12-1642 |

## ORDER

AND NOW, this 4th day of April, 2012, Plaintiff having filed a <u>pro se</u> civil Complaint and a Motion to Proceed *in forma pauperis* (ECF No.1), and the Court finding that the Motion to Proceed *in forma pauperis* lacks sufficient financial information for the Court to determine Plaintiff's ability to pay the filing fee to commence this action,[1] and that the filing requirements of Rule 8(a) of the Federal Rules of Civil Procedure have not been satisfied, it is **ORDERED** as follows:

(1) Leave to proceed *in forma pauperis* is DENIED without prejudice; and

(2) This case shall be marked CLOSED statistically.

BY THE COURT:

s/Michael M. Baylson
_____
MICHAEL M. BAYLSON, U.S.D.J.

O:\Orders - Civil\Malik-Khan v FAFSA 12-1642 Order IFP.wpd

---

[1] Plaintiff fails to list his living expenses and he fails to explain how he supports himself financially, in view of the fact that he shows no income or assets.